UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

| | |
|---|---|
| SPRINT SPECTRUM, L.P., | ) **04 - 1 0 8 1 3 GAO** |
| Plaintiff, | ) |
| v. | ) |
| CITY OF LAWRENCE, *et. al,* | ) |
| Defendants. | ) |

## PLAINTIFF'S EX PARTE MOTION FOR
## APPOINTMENT OF SPECIAL PROCESS SERVER

Pursuant to Fed. R. Civ. P. 4(c)(2), Plaintiff Sprint Spectrum, L.P., hereby moves for the

special appointment of DHR & Associates, Constables, 357 Cambridge Street, Cambridge,

Massachusetts 02141, by this Court for the purpose of serving or recording of any notice, order,

pleading, paper, document or motion in the above referenced matter

PLAINTIFF SPRINT SPECTRUM, L.P.,
By its attorneys,

Kevin P. Joyce, BBO # 567291
Leigh-Ann M. Patterson, BBO # 561901
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: April 23, 2004