**Waiver of Service of Summons**

FILED IN CLERKS OFFICE
2004 JUL -8 A 11: 48
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: Leigh-Ann M. Patterson, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure, I hereby acknowledge on behalf of my clients Defendants City of Lawrence, Massachusetts, Zoning Board of Appeals of the City of Lawrence, Francis A. Audy, Richard Consoli, Gayle Williams, Joseph Sirois, April Lyskowsky, Kemal Bozkurt, and Ricky Speller (collectively, "Defendants"), receipt of your request that service of a summons be waived in the action of *Sprint Spectrum LP v. City of Lawrence, et. al*, which is civil action number 04-10813 GAO in the United States District Court for the District of Massachusetts. A copy of the complaint in the action has been received.

On behalf of Defendants, I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided in Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

COUNSEL FOR DEFENDANTS
Charles D. Boddy, Jr., City Attorney BBO # 551197
200 Common Street
City Hall – Room 306
Lawrence, MA 01840

June 11, 2004

BOS1375851.2                                            021515-000001