UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10813 GAO

|  |  |
|---|---|
| SPRINT SPECTRUM LIMITED PARTNERSHIP<br>Plaintiff,<br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS,<br>ZONING BOARD OF APPEALS of the CITY<br>OF LAWRENCE, and FRANCIS AUDY,<br>RICHARD CONSOLI, GAYLE WILLIAMS,<br>JOSEPH SIROIS, APRIL LYSKOWSKY,<br>KEMAL BOZKURT, AND RICKY SPELLER,<br>as they are voting and associate voting members<br>of the Zoning Board of Appeals,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STATUS REPORT OF
## PLAINTIFF SPRINT SPECTRUM LIMITED PARTNERSHIP

At the Scheduling Conference held on October 27, 2004, the parties reported to the Court that they had entered into a Stipulation concerning potential settlement of this case. Pursuant to said Stipulation, the parties agreed that this matter would be remanded to the local zoning authority, the Lawrence Zoning Board of Appeals (the "Board") for further proceedings. It was agreed that the Board would address this matter at its meeting on November 18, 2004, and would issue a revised zoning decision by December 17, 2004. It was further agreed that the parties would file a status report with the Court by December 20, 2004.

Plaintiff Sprint Spectrum Limited Partnership hereby reports to the Court that the November 18, 2004 meeting with the Board took place and a revised zoning decision was prepared. Due to a minor oversight, one additional matter needs to be taken up with the Board at its next meeting on December 30, 2004. The parties anticipate that the revised zoning decision

BOS1447671.1

shall be issued shortly thereafter and will provide a written status report to the Court by January 5, 2005.

                                               SPRINT SPECTRUM LIMITED
                                             PARTNERSHIP
                                             Plaintiff,
                                             By its attorney,

                                             /s/ Leigh-Ann M. Patterson
                                             Leigh-Ann M. Patterson, BBO #561901
                                             NIXON PEABODY LLP
                                             100 Summer Street
                                             Boston, MA 02110
Dated: December 20, 2004                 (617) 345-1258

## CERTIFICATE OF SERVICE

I, Leigh-Ann Patterson, hereby certify that the foregoing was served upon Anne L. Randazzo, Assistant City Attorney, for Defendants by first-class mail, postage prepaid, on December 20, 2004, at the following address:

    200 Common Street
    City Hall – Room 306
    Lawrence, MA 01840

                                             /s/ Leigh-Ann Patterson
                                             Leigh-Ann Patterson