UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10813 GAO

|   |   |
|---|---|
| SPRINT SPECTRUM LIMITED PARTNERSHIP<br>Plaintiff,<br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS,<br>ZONING BOARD OF APPEALS of the CITY<br>OF LAWRENCE, and FRANCIS AUDY,<br>RICHARD CONSOLI, GAYLE WILLIAMS,<br>JOSEPH SIROIS, APRIL LYSKOWSKY,<br>KEMAL BOZKURT, AND RICKY SPELLER,<br>as they are voting and associate voting members<br>of the Zoning Board of Appeals,<br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STATUS REPORT OF
## PLAINTIFF SPRINT SPECTRUM LIMITED PARTNERSHIP

At the Scheduling Conference held on October 27, 2004, the parties reported to the Court that they had entered into a Stipulation concerning potential settlement of this case. Pursuant to said Stipulation, the parties agreed that this matter would be remanded to the local zoning authority, the Lawrence Zoning Board of Appeals (the "Board") for further proceedings. It was agreed that the Board would address this matter at its meeting on November 18, 2004, and would issue a revised zoning decision by December 17, 2004. It was further agreed that the parties would file a status report with the Court by December 20, 2004.

On December 20, 2004, Plaintiff Sprint Spectrum Limited Partnership ("Plaintiff") reported to the Court that the November 18th Board meeting had taken place and a revised zoning decision had been prepared, but due to a minor oversight, one additional matter needed to be

taken up with the Board at its next meeting on December 30, 2004. Plaintiff advised the Court that the parties would provide a written status report shortly thereafter.

Plaintiff hereby reports to the Court that the December 30th Board meeting has taken place and the Board has issued a revised zoning decision.

                                              SPRINT SPECTRUM LIMITED
                                              PARTNERSHIP
                                              Plaintiff,
                                              By its attorney,

                                              _____
                                              Leigh-Ann M. Patterson, BBO #561901
                                              NIXON PEABODY LLP
                                              100 Summer Street
                                              Boston, MA 02110
Dated: January 7, 2005                (617) 345-1258

## CERTIFICATE OF SERVICE

    I, Leigh-Ann Patterson, hereby certify that the foregoing was served upon Anne L. Randazzo, Assistant City Attorney, for Defendants by first-class mail, postage prepaid, on December 20, 2004, at the following address:

    200 Common Street
    City Hall – Room 306
    Lawrence, MA 01840

                                                _____
                                              Leigh-Ann Patterson